# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU, et al., | Case No. 1:16-cv-01802-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT |
| v. | |
| TRANS UNION, L.L.C., et al., | FIVE-DAY DEADLINE |
| Defendants. | |

On November 29, 2016, Plaintiffs Sukhinderjeet Sandhu and Daljit Sandhu filed this action against Defendants Trans Union L.L.C.; Equifax Information Services, L.L.C.; Experian Information Solutions, Inc.; and Bank of America NA, National Banking Association. Summonses were issued on November 30, 2016. On January 6, 2017, Bank of American NA, National Banking Association filed an answer. On January 11, 2017, Experian Information Solutions, Inc. filed an answer.

Plaintiff filed a first amended complaint adding Bank of America LLC as a defendant in this action and a summons issued on January 30, 2017. On February 6, 2017, Bank of American NA, National Banking Association filed an answer to the first amended complaint. On January 10, 2017, Experian Information Solutions, Inc. filed an answer to the first amended complaint.

There is currently a mandatory initial scheduling conference set in this action for March 21, 2017 before the undersigned. Plaintiffs have not filed notices that the summonses in this

action have been served, and other than Bank of American NA, National Banking Association and Experian Information Solutions, Inc., no defendants have filed an answer. The Court finds that it does not serve the interest of judicial economy to hold the mandatory status conference until all the defendants have been served and filed an answer to the complaint, have been dismissed from the action, or default has been entered.

Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of this order Plaintiff's shall file a notice informing the Court of the status of service on the defendants and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: __**March 7, 2017**__

UNITED STATES MAGISTRATE JUDGE