# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANS UNION LLC, et al., <br><br> Defendants. | Case No. 1:16-cv-01802-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE A STATUS REPORT AS REQUIRED BY MARCH 7, 2017 ORDER AND CONVERTING MARCH 21, 2017 SCHEDULING CONFERENCE TO STATUS CONFERENCE <br><br> (ECF No. 15) <br><br> TWO DAY DEADLINE |

On December 20, 2016, an order issued setting the initial scheduling conference in this action for March 21, 2017. On March 7, 2017, Plaintiffs were ordered to file a notice of status of service within five days. Plaintiffs did not respond to the March 7, 2017 order. On March 14, 2017, Defendant Bank of America, N. A. filed a request to appear telephonically at the March 21, 2017 hearing.

In this action, Plaintiff filed a first amended complaint and there are several defendants who have not appeared or been dismissed from this action. Plaintiffs were ordered to inform the Court on the status of the service on the defendants who have not appeared. Plaintiffs did not do so. As Plaintiff has not demonstrated that all the defendants in this action have been served, the Court finds it would not serve the interests of judicial economy to hold a scheduling conference

1

at this time. The Court shall convert the scheduling conference to a status conference and will require Plaintiffs to show cause why sanctions should not issue for the failure to comply with the March 7, 2017 order.

Defendant Bank of America is advised that the Court does not require a written request to appear telephonically. The parties shall refer to the Court's standard information which can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Standard Information." The procedure for requesting a telephonic appearance is set out at paragraph 5.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The scheduling conference on March 21, 2017 at 9:15 a.m. is converted to a status conference; and
2. Within two (2) days of the date of entry of this order, Plaintiffs shall show cause in writing why sanctions should not issue for the failure to comply with the March 7, 2017 order of this Court.

IT IS SO ORDERED.

Dated:   **March 14, 2017**

UNITED STATES MAGISTRATE JUDGE