# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>   Plaintiff,<br><br>   v.<br><br>TRANS UNION LLC, et al.,<br><br>   Defendants. | Case No.  1:16-cv-01802-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING STATUS CONFERENCE TO APRIL 6, 2017<br><br>(ECF No. 18, 22) |

On March 15, 2017, an order issued requiring Plaintiff to show cause for the failure to respond to an order directing Plaintiff to file a notice of status of service.  (ECF Nos. 15, 18.)  When Plaintiff did not file a timely response, an order issued requiring Plaintiff to file a response by 2:00 p.m. on March 20, 2017.  (ECF No. 21.)  Plaintiff filed a response to the order to show cause at 1:58 p.m.  (ECF No. 22.)

Based on Plaintiff's response, the order to show cause issued on March 15, 2017, is HEREBY DISCHARGED and the status conference set for March 21, 2017 at 9:15 a.m. is CONTINUED to April 6, 2017, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **March 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1