# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU, et al., | Case No.  1:16-cv-01802-LJO-SAB |
| Plaintiffs, | ORDER STRIKING UNSIGNED STIPULATION |
| v. | (ECF No. 24) |
| TRANS UNION LLC, et al., | |
| Defendants. | |

On April 6, 2017, Plaintiff filed an unsigned stipulation to stay this action.  Unsigned documents cannot be considered by the Court, and the stipulation is HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated:   **April 7, 2017**

_____
UNITED STATES MAGISTRATE JUDGE