1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERDERJEET S. SANDHU, et al., | CASE No. 1:16-cv-01802-LJO-SAB |
| Plaintiffs, | |
| v. | ORDER STAYING ACTION FOR SIXTY DAYS AND REQUIRING PARTIES TO FILE NOTICE OF STATUS ON OR BEFORE JUNE 5, 2017 |
| TRANS UNION L.L.C.; et al., | |
| Defendants. | (ECF No. 26) |

On April 7, 2017, the parties filed a stipulation to stay this action to pursue settlement negotiations.  The parties agree that Plaintiff may file a first amended complaint, however, Plaintiff filed a first amended complaint on January 27, 2017.  The Court will approve the stipulation as it pertains to staying this action to pursue settlement discussions and service on the Defendants who have not yet been served.  However, if a second amended complaint is to be filed, Plaintiff shall be required to file a stipulation or motion to amend after the stay in this action is lifted.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      This action is stayed for sixty (60) days for the parties to pursue settlement of the action;

2.      Plaintiff shall serve Defendants Transunion and Equifax with the first amended complaint within thirty (30) days of the stay being lifted in this action;

3.      Defendant's Transunion and Equifax shall file an answer or otherwise respond to the first amended complaint within twenty (20) days of service of the first amended complaint; and

4.      The parties shall submit a report on the status of the settlement negotiations and the continued propriety of the stay on or before June 5, 2017.

IT IS SO ORDERED.

Dated:   **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE