# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION L.L.C., et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER CONTINUING STAY FOR THIRTY DAYS, REQUIRING PARTIES TO FILE JOINT STATUS REPORT ON OR BEFORE JULY 5, 2017, DIRECTING CLERK OF THE COURT TO TERMINATE DALJIT SANDHU AS A PLAINTIFF, AND RE-CAPTIONING CASE |

On November 29, 2016, Plaintiffs Sukhinderjeet Sandhu and Daljit Sandhu filed this action. (ECF No. 1.) On January 27, 2017, Plaintiff Sukhinderjeet Sandhu ("Plaintiff") filed a first amended complaint, which removed Daljit Sandhu as a plaintiff. (ECF No. 10.) Therefore, the Court directs the Clerk of the Court to terminate Daljit Sandhu as a plaintiff. The caption shall be amended as reflected above. The Court also notes that Plaintiff's filings contain several different spellings of his name. If necessary, Plaintiff should request to change the spelling of his name on the docket.

On April 7, 2017, the Court stayed this action for sixty (60) days pursuant to a stipulation filed by the parties. (ECF No. 28.) On June 5, 2017, the parties filed a joint status report requesting that the stay be continued for an additional thirty (30) days. (ECF No. 34.) The Court will continue the stay for thirty (30) days to allow for the settlement efforts to be concluded.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is continued for thirty (30) days;
2. The parties shall submit a joint report on the status of the settlement negotiations and the continued propriety of the stay on or before July 5, 2017;
3. The Clerk of the Court is directed to terminate Daljit Sandhu as a plaintiff in this action; and
4. The caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated: **June 6, 2017**

UNITED STATES MAGISTRATE JUDGE