# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER CONTINUING STAY FOR THIRTY DAYS AND REQUIRING PARTIES TO FILE A JOINT REPORT OR DISPOSITIVE DOCUMENTS ON OR BEFORE AUGUST 4, 2017<br><br>(ECF No. 36) |

On April 7, 2017, this action was stayed at the request of the parties. (ECF No. 28.) On July 5, 2017, the parties filed a status report requesting that the stay be continued for thirty days for the parties to conclude settlement negotiations.

Pursuant to the request of the parties, IT IS HEREBY ORDERED that:

1. The stay is this action is CONTINUED until August 7, 2017; and
2. The parties shall either file dispositive documents or a further joint report on the status of the action on or before August 4, 2017.

IT IS SO ORDERED.

Dated:  **July 10, 2017**

UNITED STATES MAGISTRATE JUDGE

1