# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER CONTINUING STAY FOR THIRTY DAYS<br><br>(ECF No. 41) |

On April 7, 2017, this action was stayed for the parties to pursue settlement. On September 5, 2017, the parties filed a joint status report requesting the stay be continued for an additional thirty days.

Pursuant to the request of the parties, IT IS HEREBY ORDERED that:

1. The stay is this action is CONTINUED until October 6, 2017; and
2. The parties shall either file a notice of settlement with respect to all parties or a further joint report on the status of the action on or before October 4, 2017.

IT IS SO ORDERED.

Dated: **September 6, 2017**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1