# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION L.L.C., et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER RE STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>ORDER CONTINUING STAY TO OCTOBER 27, 2017, SETTING SCHEDULING CONFERENCE FOR NOVEMBER 21, 2017, AT 10:15 A.M., AND DIRECTING CHRISTOPHER FERGUSON TO FILE PRO HAC VICE APPLICATION<br><br>(ECF Nos. 44, 45) |

On April 7, 2017, this action was stayed for the parties to pursue settlement. (ECF No. 28.) On October 4, 2017, Plaintiff and Defendant Experian Information Solutions, Inc. ("Defendant Experian") filed a stipulation dismissing this action with prejudice against Defendant Experian. (ECF No. 44.) On October 4, 2017, the parties filed a joint status report requesting that the stay be continued for an additional thirty days as the parties attempt to resolve this matter. (ECF No. 45.)

A plaintiff can dismiss a party without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ.

P. 41(a)(1)(A)(ii). Here, the stipulation to dismiss Defendant Experian is only signed by Plaintiff and Defendant Experian. There are other defendants who have appeared in this action, and therefore, the stipulation (ECF No. 44) is defective under Rule 41(a)(1).

Plaintiff also cannot voluntarily dismiss Defendant Experian pursuant to Rule 41(a)(1)(A)(i). "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). Here, Defendant Experian has filed an answer.

The parties may file a stipulation of dismissal of Defendant Experian that is signed by all parties who have appeared, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or file a motion to dismiss Defendant Experian by court order, Federal Rule of Civil Procedure 41(a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court. Hamilton v. Firestone Tire & Rubber Co. Inc., 679 F.2d 143, 145 (9th Cir. 1982). Since the Rule 41(a)(1) stipulation (ECF No. 44) is defective, Defendant Experian remains a party to this action.

The parties request that the Court extend the stay thirty days while the parties attempt to resolve this matter. However, this action has been stayed for six months while the parties have attempted to resolve this matter. The Court has not conducted a scheduling conference in this matter yet. Upon a review of the docket in this matter and in light of the fact that the Court must manage its caseload, the Court will only extend the stay in this matter twenty-one days to October 27, 2017. The Court will not continue the stay again. The stay will then be lifted and the case will return to the Court's active docket. The Court sets a scheduling conference in this matter for November 21, 2017, at 10:15 a.m. before the undersigned in Courtroom 9.

The Court notes that Christopher Ferguson has signed the joint status report as an attorney for Defendant Trans Union, L.L.C. Mr. Ferguson indicates that a pro hac vice application is pending. However, there is no pending pro hac vice application in this matter. Mr. Ferguson shall file a pro hac vice application on or before October 11, 2017.

Accordingly, it is HEREBY ORDERED that:

1. The stay in this action is continued to October 27, 2017. However, the stay will not be continued again and the stay will be lifted;

2. A scheduling conference is set in this matter for November 21, 2017, at 10:15 a.m. in Courtroom 9;

3. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference; and

4. Christopher Ferguson shall file a pro hac vice application on or before October 11, 2017. Defendant Trans Union, L.L.C.'s counsel, Eileen Booth and Kurtis Anders, shall serve this order on Christopher Ferguson.

IT IS SO ORDERED.

Dated: **October 5, 2017**

UNITED STATES MAGISTRATE JUDGE