**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>      Plaintiff,<br><br>    v.<br><br>TRANS UNION L.L.C.; et al.<br><br>      Defendants. | CASE No. 1:16-cv-01802-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 48) |

On October 10, 2017, the parties filed a stipulation to dismiss Defendant Experian Financial Solutions, Inc. from this action with prejudice. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Experian Information Solutions, Inc. shall be terminated in this action, subject to the stipulation. The Clerk of the Court is HEREBY DIRECTED to terminate Defendant Experian Information Solutions, Inc. as a defendant in this action.

IT IS SO ORDERED.

Dated:   **October 10, 2017**

                           UNITED STATES MAGISTRATE JUDGE