# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS FOR THE DISMISSAL OF DEFENDANT TRANS UNION LLC<br><br>DEADLINE: DECEMBER 4, 2017 |

On November 2, 2017, Plaintiff and Defendant Trans Union LLC ("Trans Union") filed a notice informing the Court that they have reached settlement. (ECF No. 51.) The notice indicates that they intend to file a stipulation of dismissal shortly and that Trans Union does not intend to participate in the scheduling conference unless directed to do so by the Court.

Trans Union is expected to participate in this action until the dispositional documents are filed. If the dispositional documents for Trans Union are not filed prior to November 14, 2017, then Trans Union is expected to participate in the joint scheduling report, and if the dispositional documents for Trans Union are not filed prior to November 21, 2017, Trans Union is expected to participate in the scheduling conference.

The parties are reminded that a plaintiff can dismiss a party without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties

1

who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents for the dismissal of Trans Union on or before December 4, 2017.

IT IS SO ORDERED.

Dated: **November 3, 2017**

UNITED STATES MAGISTRATE JUDGE