# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.,<br><br>Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |

On January 27, 2017, Plaintiff filed a first amended complaint adding additional defendants in this action. (ECF No. 10.) The first amended complaint names Bank of America, LLC in the caption and a summons issued as to this defendant. (ECF No. 11.) The scheduling order in this action requires Plaintiff to serve the summons and complaint and file a return of service within twenty days of filing the complaint. (ECF No. 3 at pp. 1-2.) The order also requires Plaintiff to serve the complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure and states that failure to timely serve the summons and complaint may result in the issuance of sanctions. (Id. at p. 2.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure the complaint must be served within ninety (90) days after the complaint is filed. Fed. R. Civ. P. 4(m). The time for service may be extended if the plaintiff shows good cause for the failure to serve. Fed. R. Civ. P. 4(m).

To date, there is no indication that Plaintiff has served the summons or complaint on

Bank of America, LLC, and no return of service has been filed with the Court. The Court notes that this is not the first time that an order has been required to address Plaintiff's failure to comply with court orders in this action. (ECF No. 15, 18, 21.) In the most recent order, the Court found "it appears clear that Plaintiffs' counsel is not reading the orders issued in this action." (ECF No. 21 at p. 2.) Further, the status reports filed in this matter make no mention of Bank of America, LLC. (ECF Nos. 34, 36, 39, 41, 45.) Upon review of the docket, the Court finds that an inordinate amount of time has been expended in attempting to manage this matter, especially considering that the mandatory scheduling conference has not yet occurred.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing within five (5) days from the date of entry of this order why sanctions should not issue for the failure to file proof of service for Defendant Bank of America LLC.

IT IS SO ORDERED.

Dated: **November 3, 2017**

UNITED STATES MAGISTRATE JUDGE