# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU, | Case No. 1:16-cv-01802-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS FOR THE DISMISSAL OF DEFENDANT BANK OF AMERICA NA, NATIONAL BANKING ASSOCIATION |
| v. | |
| TRANS UNION LLC, et al., | |
| Defendants. | DEADLINE: DECEMBER 8, 2017 |

On November 7, 2017, Plaintiff and Defendant Bank of America NA, National Banking Association ("Bank of America NA") filed a notice informing the Court that they have reached settlement. (ECF No. 54.) The notice indicates that they intend to file a stipulation of dismissal shortly and that Bank of America NA does not intend to participate in the scheduling conference unless directed to do so by the Court.

Bank of America NA is expected to participate in this action until the dispositional documents are filed. If the dispositional documents for Bank of America NA are not filed prior to November 14, 2017, then Bank of America NA is expected to participate in the joint scheduling report, and if the dispositional documents for Bank of America NA are not filed prior to November 21, 2017, Bank of America NA is expected to participate in the scheduling conference.

The parties are reminded that a plaintiff can dismiss a party without a court order

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents for the dismissal of Bank of America NA on or before December 8, 2017.


IT IS SO ORDERED.

Dated:   **November 8, 2017**

UNITED STATES MAGISTRATE JUDGE