# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.,<br><br>Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER REQUIRING KENT VANDERSCHUIT TO PERSONALLY APPEAR ON NOVEMBER 15, 2017<br><br>(ECF No. 53) |

On November 3, 2017, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with a court order. (ECF No. 53.) Plaintiff was to respond in writing within five days why sanctions should not issue for the failure to file a proof of service for Defendant Bank of America LLC. (Id.) The order noted that the Court has previously found that it appears clear that Plaintiff's counsel is not reading the orders issued in this action and the inordinate amount of time that the Court has been required to spend on this action as a result. (Id.)

On November 7, 2017, Plaintiff filed a notice of settlement between Plaintiff and Defendant Bank of America NA. (ECF No. 54.) Plaintiff did not address Defendant Bank of America LLC in the notice of settlement. Plaintiff did not file a written response to the order to show cause.

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel, Kent Vanderschuit, shall **personally appear** before United States Magistrate Judge Stanley A. Boone, at the United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 9, on **Wednesday, November 15, 2017, at 10:00 a.m.** to show cause why sanctions should not be imposed for the failure to comply with a court order.

IT IS SO ORDERED.

Dated: **November 9, 2017**

UNITED STATES MAGISTRATE JUDGE