# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE JOINT SCHEDULING REPORT AND CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 28, 2017 |

On October 6, 2017, an order issued continuing the stay in this action to October 27, 2017. (ECF No. 46.) The order stated that there would be no further stay of the action and a scheduling conference was set for November 21, 2017. (ECF No. 46 at 3.) The parties were ordered to file a joint scheduling report at least seven (7) days prior to the scheduling conference making the report due on November 14, 2017. Plaintiff filed notices of settlement with Defendant Transunion and Bank of America, N.A. stating that the defendants would not be participating in the scheduling conference. (ECF Nos. 51, 54.) In the orders requiring the parties to file dispositional documents, the parties were advised that the defendants were expected to participate in the joint scheduling report and scheduling conference unless dispositional documents were filed prior to the deadline to file the joint scheduling report and the date of the scheduling conference. The time to file the joint statement has passed and no joint scheduling report has been filed in the action.

On November 15, 2017, an order to show cause hearing was held during which Plaintiff was advised that the joint scheduling report must be submitted in this action. To allow time for the parties to prepare a meaningful statement, the scheduling conference shall be continued to November 28, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for November 21, 2017, at 10:15 a.m. is CONTINUED to November 28, 2017, at 9:00 a.m. in Courtroom 9;

2. The parties shall file a joint scheduling report on or before November 20, 2017; and

3. The parties are advised that failure to file their joint scheduling report in compliance with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **November 15, 2017**

UNITED STATES MAGISTRATE JUDGE