# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SUKHYINDERJEET S. SANDHU,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION L.L.C., et al.,<br>　　　　Defendants. | CASE No. 1:16-cv-01802-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANT TRANS UNION, LLC IN THIS ACTION<br><br>(ECF No. 61) |

　　　　This action was filed on November 29, 2016. (ECF No. 1.) On November 17, 2017, the parties filed a stipulation to dismiss Defendant Trans Union LLC from this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, Defendant Trans Union, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Trans Union LLC as a defendant in this action.

IT IS SO ORDERED.

Dated: **November 17, 2017**

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE