MARK JOSEPH KENNEY (State Bar No. 87345)
JOEL C. SPANN (State Bar No. 277615)
jcs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| SUKHVINDERJEET S SANDHU, an individual, DALJIT SANDHU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, NA, NATIONAL BANKING ASSOCIATION,<br><br>Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>**ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY** |

After full consideration of the request of defendant BANK OF AMERICA, N.A. ("Bank of America") to appear by telephone at the scheduling conference currently set for November 28, 2017, at 9:00 a.m. and good cause appearing, the Court rules as follows:

The request is GRANTED. Counsel for Bank of America may appear telephonically for the scheduling conference.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **November 21, 2017**

UNITED STATES MAGISTRATE JUDGE