UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| SUKHVINDERJEET S SANDHU, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TRANS UNION L.L.C.; et al.,<br><br>    Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT BANK OF AMERICA, N.A. AS DEFENDANT IN THIS ACTION<br><br>(ECF No. 68) |

On December 6, 2017, the parties filed a stipulation to dismiss Defendant Bank of America, N.A. with prejudice from this action. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Bank of America, N.A. shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated:  **December 6, 2017**

UNITED STATES MAGISTRATE JUDGE