# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHINDERJEET S. SANDHU,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, et al.,<br><br>Defendants. | Case No. 1:16-cv-01802-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 70) |

On January 23, 2018, the parties filed a notice of settlement indicating that this action has been settled as to the sole remaining defendant in the action.

Pursuant to the parties' notice of settlement, IT IS HEREBY ORDERED THAT:

1. All pending dates and matters in this action are vacated; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 23, 2018**

UNITED STATES MAGISTRATE JUDGE

1